IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 30 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00515-ZLW

REYNALDO TANGUMA,

    Applicant,

v.

GARY GOLDER, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DENYING MOTION TO RECONSIDER

Applicant Reynaldo Tanguma has filed *pro se* on June 23, 2005, a "Petition for Re-Hearing." Mr. Tanguma asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on June 2, 2005. The Court must construe the "Petition for Re-Hearing" liberally because Mr. Tanguma is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the "Petition for Re-Hearing" will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243.

Mr. Tanguma's "Petition for Re-Hearing," which was filed more than ten days after the Court's June 2, 2005, Order and Judgment of Dismissal, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. **See Massengale v. Oklahoma Bd. of Examiners in Optometry**, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant habeas corpus action without prejudice for failure to exhaust state remedies. Mr. Tanguma asserts in the "Petition for Re-Hearing" the same arguments that the Court considered and rejected in the Court's June 2 Order and Judgment of Dismissal. Those arguments do not demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the "Petition for Re-Hearing" will be denied. Accordingly, it is

ORDERED that the "Petition for Re-Hearing" filed on June 23, 2005, is denied.

DATED at Denver, Colorado, this 29 day of June, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00515-OES

Reynaldo Tanguma
Prisoner No. 98943
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _6-30-05_

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk